UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECILIA ONYINYE ONYEBUCHI,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                              /

Case No. 2:17-cv-12270

HON. STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND
RECOMMENDATION [22], GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21],
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18]**

In a decision issued by an Administrative Law Judge ("ALJ"), the Commissioner of the Social Security Administration ("SSA") denied Plaintiff Cecilia Onyebuchi's application for Supplemental Security Income and Disability Insurance Benefits. The SSA Appeals Council declined to review the ruling, and Plaintiff appealed. The Court referred the matter to the magistrate judge, and the parties filed cross-motions for summary judgment. ECF 18, 21. The magistrate judge issued a Report and Recommendation ("Report") suggesting the Court deny Plaintiff's motion and grant Defendant's motion. ECF 22.

Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed timely objections, de novo review of the Report's conclusions is not required. Having examined the record,

1

the Court finds that the magistrate judge's conclusions are factually based and legally sound.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [22] is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment [21] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [18] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 13, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager